## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE:  JOSEPH ANTHONY SPINA      |      Case No. 11-15981-RGM
                                          Chapter 13

JOSEPH ANTHONY SPINA

     Plaintiff,

v.                                        AP No. 11-01463-RGM

CITIZENS FINANCIAL GROUP, INC.
dba CHARTER ONE MORTGAGE CORPORATION

     Defendant.

### NOTICE OF FILING

PLEASE TAKE NOTICE that on October 12, 2011, Joseph A. Spina, by counsel, filed the report a Residential Appraisal Report dated September 26, 2011, in conjunction with Debtor's previously-filed Motion for Default Judgment.

Submitted this 12th day of October, 2011.

/s/ Ann M. Callaway
Ann M. Callaway, Counsel for Debtor
15 Garrett Street
Warrenton, VA   20186
540-349-4100
(540) 347-1086 fax
VSB #29014

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, a copy of the foregoing Notice was mailed, postage prepaid, to the Office of the U.S. Trustee, 115 S. Union Street,

In Re: Joseph A. Spina
Notice of Filing of Report of Residential Appraisal
11-15981-RGM
Page 2 of 2
*****************************************

Alexandria, VA 22314, to the debtor, and to:

    Charter One Bank, N.A.
    Corporation Service Company, Registered Agent
    222 Jefferson Boulevard, Suite 200
    Warwick, RI   02888

    Deborah H. Jones, Trustee
    Charter One Bank, N.A.
    10561 Telegraph Road
    Glen Allen, VA 23059

                                           /s/ Ann M. Callaway