**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

JOSEPH ANTHONY SPINA

Debtor

Chapter 13

Case No. 11-15981-RGM

**AMENDED OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF AMENDED OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended objection to confirmation of your Chapter 13 Plan filed October 19, 2011. The cause for this objection is as follows:

**Violation of the feasibility provisions of 11 U.S.C. §1325(a)(6)** – Plan is underfunded as set forth below:

| | | | |
|---|---|---:|---:|
| **PERFORMANCE:** | Amount of Plan Payment | 250.00 | 1053.00 |
| | Number of Months | 24 | 36 |
| | | 6,000.00 | 37,908.00 |
| | **Total Receipts** | | 43,908.00 |
| | **Disbursements Required:** | | |
| | Attorney | 1000.00 | |
| | Tax | 0.00 | |
| | Secured | 0.00 | |
| | Unsecured | 26016.00 | 38% of 68,463.24 |
| | Other | 22144.00 | 38% of 58,274.94 |
| | Trustee | 4,916.00 | 10% |
| | **Total Disbursement** | | |
| | **Total Disbursement** | | 54,076.00 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice of Objection To Confirmation**
Joseph Anthony Spina, Case # 11-15981-RGM

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.
>
> ***Attend the hearing to be held on November 30, 2011 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> > Thomas P. Gorman
> > 300 North Washington Street, Ste, 400
> > Alexandria, VA 22314
> >
> > Clerk of the Court
> > United States Bankruptcy Court
> > 200 South Washington Street
> > Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _November 1, 2011_____                __/s/Thomas P. Gorman _____
                                             Thomas P. Gorman
                                             Chapter 13 Trustee
                                             300 N. Washington Street, #400
                                             Alexandria, VA 22314
                                             (703) 836-2226
                                             VSB 26421

**Notice of Objection To Confirmation**
Joseph Anthony Spina, Case # 11-15981-RGM

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of November, 2011, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Joseph Anthony Spina | Ann M. Callaway |
| Chapter 13 Debtor | Attorney for Debtor |
| 7083 Helm Drive | Attorney At Law |
| Remington, VA 22734-9415 | 15 Garrett St. |
| | Warrenton, VA 20186 |

                              __/s/ Thomas P. Gorman_____
                              Thomas P. Gorman