IN RE **Spina, Joseph Anthony** _____   Case No. **11-15981**
                            Debtor(s)                                          (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6702**<br>**BB&T Mortgage**<br>**P.O. Box 2467**<br>**Greenville, SC  29602** | | H | **20052 Crew Square, Ashburn, VA Rental Home**<br><br>VALUE $ **255,000.00** | | | | **220,134.44** | |
| ACCOUNT NO. **5567**<br>**Citizens Financial Group, Inc. dba Charter One Mortgage**<br>**222 Jefferson Blvd, #200**<br>**Warwick, RI  02888** | | H | **04/24/06; 7083 Helm Drive, Remington, VA**<br><br>VALUE $ **175,900.00** | | | | **58,274.94** | **58,274.94** |
| ACCOUNT NO. **T003**<br>**ICMA-RC - c/o Joseph Kalet, Esq.**<br>**Office Of General Counsel**<br>**1 Aviation Circle**<br>**Washington, DC  20001-6000** | | H | **06/22/2010 Loan against Retirement Account**<br><br>VALUE $ **103,428.59** | | | | **24,922.89** | |
| ACCOUNT NO. **0574**<br>**Lender Business Process Services**<br>**P.O. Box 7162**<br>**Pasadena, CA  91109-7162** | | H | **03/07/2005; 7083 Helm Drive, Remington, VA  22734**<br><br>VALUE $ **175,900.00** | | | | **193,005.43** | **17,105.43** |

_____**1**_____ continuation sheets attached

Subtotal (Total of this page) $ **496,337.70**   $ **75,380.37**

Total (Use only on last page) $      $
                                                          (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Spina, Joseph Anthony**            Case No. **11-15981**
                     Debtor(s)                                       (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Seterus**<br>**P.O. Box 4121**<br>**Beaverton, OR 97076-4121** | | | **Assignee or other notification for:**<br>**Lender Business Process Services**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $      $

Total (Use only on last page) $ **496,337.70**   $ **75,380.37**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Spina, Joseph Anthony** _____ Case No. **11-15981**
           Debtor(s)                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BB&T Financial FSB**<br>**P.O. Box 580435**<br>**Charlotte, NC  28258-0435** | | H | **Misc. Credit Card Purchases** | | | | **7,229.22** |
| ACCOUNT NO.<br>**Glasser & Glasser**<br>**P.O. Box 3400**<br>**Norfolk, VA  23514** | | | **Assignee or other notification for:**<br>**BB&T Financial FSB** | | | | |
| ACCOUNT NO.<br>**Cynthia S. Tudor**<br>**33 Main Street**<br>**Warrenton, VA  20186** | | H | **Dental Work** | | | | **2,700.00** |
| ACCOUNT NO.<br>**Howard Morrison Ross & Whelan**<br>**31 Garrett Street**<br>**Warrenton, VA  20186** | | | **Assignee or other notification for:**<br>**Cynthia S. Tudor** | | | | |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **9,929.22**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spina, Joseph Anthony** _____,    Case No. **11-15981** _____
                          Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>**Discover Bank**  <br>**DB Servicing Corporation**  <br>**P.O. Box 3025**  <br>**New Albany, OH  43054-3025** | | H | Credit card | | | | **1,946.67** |
| ACCOUNT NO. **0277**  <br>**Home Depot Credit Services**  <br>**P.O. Box 653000**  <br>**Dallas, TX  75265-3000** | X | J | Misc. home improvement purchases | | | | **9,861.28** |
| ACCOUNT NO. **4664**  <br>**Northwest FCU**  <br>**P.O. Box 1229**  <br>**Herndon, VA  20172-1229** | | H | | | | | **6,043.71** |
| ACCOUNT NO. **1268**  <br>**Northwest FCU**  <br>**P.O. Box 1229**  <br>**Herndon, VA  20172-1229** | | H | Credit card | | | | **9,233.61** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **27,085.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **37,014.49**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-15981-RGM    Doc 31    Filed 11/01/11    Entered 11/01/11 13:19:54    Desc Main
Document      Page 5 of 6

IN RE **Spina, Joseph Anthony** _____ Case No. **11-15981** _____
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Police Officer** | |
| Name of Employer | **Metropolitan Washington Airport Authorit** | |
| How long employed | **11 years** | |
| Address of Employer | **23550 Auto Pilot Drive** **Dulles, VA  20166** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)            DEBTOR     SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---:|---:|
| 1. | Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 7,672.64 | $ |
| 2. | Estimated monthly overtime | $ | $ |
| **3.** | **SUBTOTAL** | **$ 7,672.64** | **$** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and Social Security | $ 2,169.36 | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ 33.58 | $ |
| | d. Other (specify) **See Schedule Attached** | $ 1,927.54 | $ |
| | | $ | $ |
| **5.** | **SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 4,130.48** | **$** |
| **6.** | **TOTAL NET MONTHLY TAKE HOME PAY** | **$ 3,542.16** | **$** |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property | $ 1,652.00 | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social Security or other government assistance (Specify) _____ | $ | $ |
| | | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify) _____ | $ | $ |
| | | $ | $ |
| | | $ | $ |
| **14.** | **SUBTOTAL OF LINES 7 THROUGH 13** | **$ 1,652.00** | **$** |
| **15.** | **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | **$ 5,194.16** | **$** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)            **$ 5,194.16**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE **Spina, Joseph Anthony** _____ Case No. **11-15981** _____
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---|
| Other Payroll Deductions: | | |
| **Pretire** | **88.68** | |
| **Dental** | **13.00** | |
| **Health** | **121.33** | |
| **Aflac** | **27.99** | |
| **Basic Life** | **9.95** | |
| **Dental Domestic Partner** | **15.17** | |
| **Dental Imputed Income** | **13.00** | |
| **Health Domestic Partner** | **134.33** | |
| **Health Imputed Income** | **528.67** | |
| **Opt Life** | **50.40** | |
| **STD** | **13.89** | |
| **457 Loan** | **911.13** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only