**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

In re

                                            Case No.

                      Debtor(s)

                                            Chapter

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

    ___    Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
            *Check if applicable:*  ___ Soc. Sec. No. amended. *[If applicable*: **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.***]*
    ___    Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
    ___    Schedule A - Real Property
    ___    Schedule B - Personal Property
    ___    Schedule C - Property Claimed as Exempt
    ___    **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. *( $30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*    Check applicable statement(s):
            ___    **Creditor(s) added**    ___  **Creditor(s) deleted**
            ___    **Change in amounts owed or classification of debt**
            ___    **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**)
            ___    **Post-petition creditors added (Schedule of Unpaid Debts)**
        **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
    ___    Schedule G - Executory Contracts and Unexpired Leases
    ___    Schedule H – Codebtors
    ___    Schedule I - Current Income of Individual Debtor(s)
    ___    Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

    ___    Statement of Financial Affairs

    ___    Chapter 7 Individual Debtor's Statement of Intention

    ___    Chapter 11 List of Equity Security Holders

    ___    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

    ___    Disclosure of Compensation of Attorney for Debtor

    ___    Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____
_____.

Date: _____

                                                        _____
                                                        Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                        State Bar No.:
                                                        Mailing Address:

[amendcs ver. 11/11]                            Telephone No.: