BB&T Financial FSB  
P.O. Box 580435  
Charlotte, NC  28258-0435


BB&T Mortgage  
P.O. Box 2467  
Greenville, SC  29602


Citizens Financial Group, Inc. dba  
Charter One Mortgage  
222 Jefferson Blvd, #200  
Warwick, RI  02888


Cynthia S. Tudor  
33 Main Street  
Warrenton, VA  20186


Discover Bank  
DB Servicing Corporation  
P.O. Box 3025  
New Albany, OH  43054-3025


Glasser & Glasser  
P.O. Box 3400  
Norfolk, VA  23514


Home Depot Credit Services  
P.O. Box 653000  
Dallas, TX  75265-3000


Howard Morrison Ross & Whelan  
31 Garrett Street  
Warrenton, VA  20186

```
ICMA-RC - c/o Joseph Kalet, Esq.
Office Of General Counsel
1 Aviation Circle
Washington, DC  20001-6000


L. Reyna Black
20052 Crew Square
Ashburn, VA  20147


Lender Business Process Services
P.O. Box 7162
Pasadena, CA  91109-7162


Northwest FCU
P.O. Box 1229
Herndon, VA  20172-1229


Seterus
P.O. Box 4121
Beaverton, OR  97076-4121


Susan C. Walters
20052 Crew Square
Ashburn, VA  20147-3330
```