UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                         )
                                               )
                                               )       Case No.
                                               )       Chapter
                    Debtor                     )

**AMENDED NOTICE OF HEARING**

_____ has filed papers with the court _____

_____.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before _____, you or your attorney must:

> Send to the parties listed below at least 15 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address of the clerk's office is as follows:
>
> > Clerk of Court
> > United States Bankruptcy Court
> > P. O. Box 19247
> > Alexandria, Virginia  22320
>
> You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.
>
> File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

    Attend the hearing scheduled to be held on _____ at _____ o'clock ___.m. in Courtroom _____, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

    A copy of any written response must be mailed to the following persons:

_____
_____
_____
_____

_____
_____
_____
_____

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA 22314

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____

Signature, name, address and telephone number of person giving notice:
_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this _____ day of _____, 2011, mailed a copy of the foregoing Notice to the Office of the U.S. Trustee, to Thomas P. Gorman, the Chapter 13 Trustee, to the debtor and to all the creditors listed on the attache mailing matrix.